NEW MILFORD SAVINGS BANK *v.* JESSICA A.
MELIEF ET AL.
(13613)

DUPONT, C. J., and LAVERY and HENNESSY, Js.

Argued April 25—decision released May 23, 1995

*David F. Bennett,* for the appellants (named defendant et al.).

*Joseph P. Secola,* with whom, on the brief, was *Vincent P. McCarthy,* for the appellee (named plaintiff).

PER CURIAM. The judgment is affirmed.